United States District Court
For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   ALBERT DYTCH,                          No. C-08-05028 EDL

9            Plaintiff,              **ORDER FOR REASSIGNMENT**

10    v.

11  TAEBONG JIN AND SOOKAE JIN,

12           Defendants.
    _____/

13

14      In view of the Report and Recommendation filed on September 17, 2009, the clerk shall

15  **REASSIGN** the above-captioned case immediately to a district court judge.

16      **IT IS SO ORDERED.**

17  Dated: September 17, 2009

18                                    ELIZABETH D. LAPORTE
                                      United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28